INFORMATION SYSTEMS & NET-
WORKS CORPORATION,
Plaintiff–Appellant,

v.

UNITED STATES Defendant–Appellee.

No. 02–5041.

United States Court of Appeals,
Federal Circuit.

Oct. 16, 2002.

Before SCHALL, BRYSON, and LINN,
Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

In re William F. SAUBER and
John H. Montgomery, Jr.

No. 02–1159.

United States Court of Appeals,
Federal Circuit.

Oct. 16, 2002.

Before MICHEL, Circuit Judge,
PLAGER, Senior Circuit Judge, and
LOURIE, Circuit Judge.

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.